
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY GERARD LEWIS, | No. 17-15501 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-03335-BLF |
| v. | |
| M. COLVIN, Senior Librarian; K. J. ALLEN, Appeals Examiner; S. MIRANDA, L.T.A., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Beth Labson Freeman, District Judge, Presiding

Submitted December 18, 2017[**]

Before: WALLACE, SILVERMAN and BYBEE, Circuit Judges.

Anthony Gerard Lewis, a California state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

defendants denied him access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Jones v. Union Pac. R.R. Co.*, 968 F.2d 937, 940 (9th Cir. 1992). We affirm.

The district court properly granted summary judgment on Lewis's access-to-courts claim because Lewis failed to raise a genuine dispute of material fact as to whether he suffered any actual injury. *See Lewis v. Casey*, 518 U.S. 343, 348-51 (1996) (setting forth the elements of an access-to-courts claim and the actual injury requirement).

**AFFIRMED.**